JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL VEGA, | ) | NO. CV 19-5587-VBF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BOARD OF PAROLE/WARDEN SHERMAN, ETC. | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: <u>January 2, 2020</u>.


_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE